# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>A. ESCOBEDO, et al.,<br><br>            Defendants. | Case No.  1:15-cv-00404-LJO-BAM-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No.8)<br><br>ORDER DISMISSING DEFENDANT NORTH KERN STATE PRISON |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On November 19, 2015, findings and recommendations were entered, recommending that Defendant North Kern State Prison be dismissed.  Plaintiff was provided an opportunity to file objections within fourteen days.  Plaintiff has not filed objections the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1

1.     The findings and recommendations issued by the Magistrate Judge on November 19, 2015, are adopted in full;

2.     Defendant North Kern State Prison is dismissed from this action.

**IT IS SO ORDERED**
**Dated: December 22, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**