# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ESCOBEDO,<br><br>    Defendant. | Case No. 1:15-cv-00404-LJO-BAM-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 14) |

Plaintiff Jose Rodriguez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The events alleged in the complaint occurred while Plaintiff was housed at North Kern State Prison.

On February 2, 2016, Defendant filed a motion to dismiss. (ECF No. 14.) Plaintiff's opposition to the motion was due on or before February 26, 2016. Plaintiff has not filed opposition to the motion. Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within twenty-one (21) days. **Plaintiff is warned that the failure to comply with this order will result in a recommendation that this action be dismissed, with prejudice, for failure to prosecute and to obey a court order.**

IT IS SO ORDERED.

    Dated: **April 14, 2016**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1